Motion Granted; Appeal Dismissed and Memorandum
Opinion filed December 2, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00627-CV

____________

 

ANA ESPINO, Appellant

 

V.

 

FULLENWEIDER WILHITE, Appellee

 



 

On Appeal from the 306th District Court

Galveston County, Texas

Trial Court Cause No. 07FD1944A

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed April 13, 2010.  On November 17, 2010, the
parties filed a motion to dismiss the appeal because the parties have reached
an agreement to resolve this matter.  See Tex. R. App. P. 42.1.  The
motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Anderson, Frost, and Brown.